# EXHIBIT B

**INSURANCE COMPANIES IN AFFF LAWSUIT COVERAGE PROCEEDINGS INVOLVING BASF**

|   | **New Jersey Action** | **First Filed District of South Carolina Action** | **London Action Transferred to District of South Carolina** |
|---|---|---|---|
| 1 | ACE AMERICAN INSURANCE COMPANY | | ACE AMERICAN INSURANCE COMPANY |
| 2 | AIU INSURANCE COMPANY | AIU INSURANCE COMPANY | AIU INSURANCE COMPANY |
| 3 | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |
| 4 | ALLIANZ VERSICHERUNGS-AG | ALLIANZ VERSICHERUNGS-AG | ALLIANZ VERSICHERUNGS-AG |
| 5 | ALLSTATE INSURANCE COMPANY | ALLSTATE INSURANCE COMPANY | ALLSTATE INSURANCE COMPANY |
| 6 | AXA GROUP AG | | AXA GROUP AG (currently known as AXA VERSICHERUNG AG) |
| 7 | AXA INSURANCE COMPANY | | AXA INSURANCE COMPANY (currently known as Coliseum Reinsurance Company) |
| 8 | | AXA VERSICHERUNG AG | |
| 9 | | | CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA |
| 10 | CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | | CERTAIN UNDERWRITERS AT LLOYD'S, LONDON |
| 11 | CERTAIN LONDON MARKET INSURANCE COMPANIES | | CERTAIN LONDON MARKET INSURANCE COMPANIES |
| 12 | EMPLOYERS MUTUAL CASUALTY COMPANY | EMPLOYERS MUTUAL CASUALTY COMPANY | EMPLOYERS MUTUAL CASUALTY COMPANY |
| 13 | EUROPEAN REINSURANCE COMPANY OF ZURICH | EUROPEAN REINSURANCE COMPANY OF ZURICH | |
| 14 | EVEREST REINSURANCE COMPANY | | EVEREST REINSURANCE COMPANY |
| 15 | FEDERAL INSURANCE COMPANY | | FEDERAL INSURANCE COMPANY |
| 16 | | FIREMAN'S FUND INSURANCE COMPANY | |

| 17 | FIRST STATE INSURANCE COMPANY | FIRST STATE INSURANCE COMPANY | FIRST STATE INSURANCE COMPANY |
|---|---|---|---|
| 18 | GRANITE STATE INSURANCE COMPANY | GRANITE STATE INSURANCE COMPANY | GRANITE STATE INSURANCE COMPANY |
| 19 | GREENWICH INSURANCE COMPANY |  | GREENWICH INSURANCE COMPANY |
| 20 | HDI GLOBAL INSURANCE COMPANY | HDI GLOBAL INSURANCE COMPANY | HDI GLOBAL INSURANCE COMPANY |
| 21 | HDI GLOBAL SE | HDI GLOBAL SE | HDI GLOBAL SE |
| 22 |  | INSCO LTD. |  |
| 23 | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| 24 | INTERSTATE FIRE & CASUALTY COMPANY | INTERSTATE FIRE & CASUALTY COMPANY | INTERSTATE FIRE & CASUALTY COMPANY |
| 25 | LEXINGTON INSURANCE COMPANY |  | LEXINGTON INSURANCE COMPANY |
| 26 | MIDSTATES REINSURANCE CORPORATION | MIDSTATES REINSURANCE CORPORATION |  |
| 27 | MUNICH REINSURANCE AMERICA, INC. |  | MUNICH REINSURANCE AMERICA, INC. |
| 28 | NATIONAL CASUALTY COMPANY | NATIONAL CASUALTY COMPANY | NATIONAL CASUALTY COMPANY |
| 29 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 30 | NEW ENGLAND INSURANCE COMPANY | NEW ENGLAND INSURANCE COMPANY |  |
| 31 | NEW ENGLAND REINSURANCE CORPORATION |  | NEW ENGLAND REINSURANCE CORPORATION |
| 32 | PACIFIC INSURANCE COMPANY | PACIFIC INSURANCE COMPANY |  |
| 3 | SAFETY NATIONAL CASUALTY CORPORATION | SAFETY NATIONAL CASUALTY CORPORATION |  |
| 34 | SWISS REINSURANCE COMPANY | SWISS REINSURANCE COMPANY |  |
| 35 | TIG INSURANCE COMPANY | TIG INSURANCE COMPANY | TIG INSURANCE COMPANY |
| 36 | TRAVELERS CASUALTY & SURETY COMPANY | TRAVELERS CASUALTY & SURETY COMPANY | TRAVELERS CASUALTY & SURETY COMPANY |

-3-

| 37 | TWIN CITY FIRE INSURANCE COMPANY | TWIN CITY FIRE INSURANCE COMPANY | TWIN CITY FIRE INSURANCE COMPANY |
|----|----------------------------------|----------------------------------|----------------------------------|
| 38 | WESTPORT INSURANCE CORPORATION | WESTPORT INSURANCE CORPORATION | WESTPORT INSURANCE CORPORATION |
| 39 | ZURICH INSURANCE GROUP LIMITED | ZURICH REINSURANCE COMPANY LTD. | ZURICH INTERNATIONAL (Bermuda) LIMITED |